In the Matter of THOMAS H. BROWN, Respondent, against EDWARD A. FITZGERALD et al., Appellants.

In the Matter of EDWARD A. FITZGERALD, Appellant, against WILFORD A. LE FORESTIER et al., Constituting the Board of Elections of Rensselaer County, et al., Respondents.

Argued November 2, 1955; decided November 2, 1955.

*James E. Gavagan* for appellants.

*F. Richard Decatur, Jr., Robert E. Gray, Edward J. Malone* and *Eugene P. Coffey* for Thomas H. Brown, respondent.

*Elmer A. Rasmussen, County Attorney,* for Wilford A. Le Forestier, and others, respondents.

*Neil M. Lieblich* for Division for Servicemen's Voting, Department of State.

Order affirmed, without costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ. Taking no part: DYE, J.